**No. 09-5887. William G. Scott, Petitioner v. Mississippi.**

559 U.S. 941, 130 S. Ct. 1500, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1205.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 8 So. 3d 855.

**No. 09-6097. Saharris Rollins, Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.**

559 U.S. 941, 130 S. Ct. 1500, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1423.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-6103. Pierre R. Augustin, Petitioner v. Chase Home Finance LLC.**

559 U.S. 941, 130 S. Ct. 1500, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1377.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-6255. Wreh Tiewloh, Petitioner v. United States.**

559 U.S. 941, 130 S. Ct. 1500, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1349.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 319 Fed. Appx. 178.

**No. 09-6384. Noel Marte, Petitioner v. New York.**

559 U.S. 941, 130 S. Ct. 1501, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1388.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 12 N.Y.3d 583, 884 N.Y.S.2d 205, 912 N.E.2d 37.

**No. 09-6492. Christopher Jackson, Petitioner v. United States.**

559 U.S. 941, 130 S. Ct. 1501, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1482.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 334 Fed. Appx. 162.

**No. 09-6598. Alex Joe Hernandez, Petitioner v. United States.**

559 U.S. 941, 130 S. Ct. 1501, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1367.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 568 F.3d 827.

**No. 09-6627. Pamelia J. Conroy, Petitioner v. United States.**

559 U.S. 941, 130 S. Ct. 1502, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1380.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 567 F.3d 174.

**No. 09-6664. Liliam Amparo Restrepo-Mejia, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 941, 130 S. Ct. 1502, 176 L. Ed. 2d 117, 2010 U.S. LEXIS 1324.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 323 Fed. Appx. 338.